UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 09CR3917-M |
| ) | |
| Plaintiff, ) | ORDER AUTHORIZING |
| ) | EXTRAORDINARY EXPERT |
| v. ) | FEES |
| ) | |
| ALFREDO PERALTA CORIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that extraordinary fees not to exceed $1,200.00, are approved at this time for expert psychological evaluation, to be conducted by Dr. Bruce Yanotsky, with regard to the defense of the above entitled matter on behalf of Defendant, Alfredo Peralta Coria.  DATED:  March 23, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

ORDER FOR EXTRAORDINARY EXPERT FEES

09CR3917-M